*Felony*

# United States District Court

Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 19 2006

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
v.
Modesto SALAZAR-Campos
a.k.a.  Julio Cesar PENA, Julio Cesar SANCHEZ

**CRIMINAL COMPLAINT**

Mexico
95 607 177

CASE NUMBER B-06   583   MJ

I, the undersigned complainant being duly sworn, state the following to be true and correct to the best of my knowledge and belief.  On or about   May 18, 2006   , the defendant, an alien who previously had been denied admission, excluded, deported, or removed, was knowingly and unlawfully present in the United States, having been found in Cameron   County, Texas and not having obtained the consent of the Attorney General or the Secretary of Homeland Security for application to reenter the United States, in violation of Title 8 United States Code, Section(s)   1326 (a) & (b).

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts:  The defendant is a citizen and national of Mexico   who was previously deported, excluded or removed from the United States on July 1, 2005   .

Agents encountered the defendant at or near   El Ranchito, Texas   while performing linewatch operations.

Record checks on the defendant revealed prior criminal and immigration histories. Record checks also revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Fernando Gonzalez        Senior Patrol Agent
*Signature of Complainant*

Sworn before me and subscribed in my presence,

May 19, 2006                                       at    Brownsville, Texas
*Date*                                                         *City and State*

John Wm. Black,   U.S. Magistrate Judge
*Name and Title of Judicial Officer*                            *Signature of Judicial Officer*